```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                   FORT PIERCE DIVISION
              CASE NO. 09-14011-CR-GRAHAM
```

UNITED STATES OF AMERICA

       Plaintiff,

vs.

ALEXEIS BLAIN,

       Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on April 29, 2009. A Report and Recommendation filed on May 5, 2009 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Counts One and Three of Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of June, 2009.

                              _____
                              DONALD L. GRAHAM
                              UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Frank J. Lynch
        Jennifer Millien, AUSA
        Arnaldo Suri, AFPD